RECEIVED
IN LAKE CHARLES, LA

FEB 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RAPHAEL SIAS** | : | **DOCKET NO. 05 CV 2031** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **PHILLIP TERRELL, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc. #14) is hereby **GRANTED** dismissing defendant, Phillip Terrell, with prejudice at plaintiff's cost.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of February, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE