# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| RAPHAEL SIAS | : | DOCKET NO. 05-2031 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| PHILLIP TERRELL, ET AL. | : | MAGISTRATE JUDGE WILSON |

### ORDER

On March 3, 2006, plaintiff was directed to initiate a conference call at 2:00 p.m. on April 20, 2006, for a FRCP 16(b) scheduling conference. Plaintiff failed to do so. Accordingly, plaintiff has fifteen (15) calendar days from today's order within which to show good cause for failure to comply with the court's March 3, 2006, Order. Failure to do so may result in the matter being dismissed pursuant to FRCP 41(b).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of April, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE