UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| RAPHAEL SIAS | : | DOCKET NO. 05-2031 |
| --- | --- | --- |
| VS. | : | JUDGE TRIMBLE |
| WAL-MART STORES, INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with today's memorandum ruling,

IT IS ORDERED, ADJUDGED, AND DECREED, that judgment be, and it is hereby entered in favor of defendants, WAL-MART LOUISIANA, L.L.C. (incorrectly named Wal-Mart Store, Inc.) and Claims Management, Inc., and against plaintiff, RAPHAEL SIAS, dismissing plaintiff's claims against said defendants in their entirety.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on July 13, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE